Opinion issued April 24, 2003



 










In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-03-00168-CR

 01-03-00169-CR

____________


CHRISTOPHER JONES, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 15

Harris County, Texas

Trial Court Cause Nos. 1144003 and 1144002






MEMORANDUM OPINION

 Appellant, Christopher Jones, filed a motion to dismiss the above-referenced appeals. The motion is in writing, signed by appellant and counsel. We
have not yet issued a decision. Accordingly, the appeals are dismissed. Tex. R. App.
P. 42.2(a).

 The clerk of this Court is directed to issue the mandates immediately. Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).